UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KAITLYN EMERSON b/p/n/f JANICE EMERSON AND RONALD EMERSON and CHRISTOPHER EMERSON b/p/n/f JANICE EMERSON AND RONALD EMERSON and JANICE EMERSON AND RONALD EMERSON INDIVIDUALLY<br>    Plaintiffs<br><br>v.<br><br>THE MORRELL CORPORATION d/b/a STORYLAND<br>    Defendant | Case No. 1:07-cv-00152- |

### ORDER

Upon review of Plaintiffs' Assented to Motion for Settlement on Behalf of Minors Pursuant to Local Rule 17.1, the Court herewith Grants said Motion and further Orders that the insurers for the Defendants shall issue checks as follows:

A. $47,289.98 payable to Prudential Assigned Settlement Services Corporation to fund the structured settlements for Kaitlyn Emerson ($37,831.98) and Christopher Emerson ($9,458.00).

B. $26,480.36 payable to Boynton Waldron Doleac Woodman & Scott, P.A. for payment of attorneys' fees and costs

C. $1,229.66 made payable to Treasurer, State of Maine

Total Disbursements: $75,000.00

SO ORDERED.

Dated: May 28, 2008, 2008

Joseph N. Laplante
_____
Justice, United States District Court
for the District of New Hampshire