UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Janice Emerson</u>

    v.                                            Civil No. 1:07-cv-152-JL

<u>The Morrell Corporation et al</u>


## **J U D G M E N T**

In accordance with the May 28, 2008 order of Judge Joseph N. Laplante granting Petition for Settlement on behalf of Minors and the September 4, 2007 Notice of Voluntary Dismissal as to Kennywood Entertainment, judgment is hereby entered.


                                                               By the Court,

                                                               <u>**/s/ James R. Starr**</u>
                                                               James R. Starr, Clerk

June 24, 2008

cc:     Christopher E. Grant, Esq.
         Paul F. Cavanaugh, Esq.